**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Cedric Earl OLIVER, also known as
Fella, Defendant–Appellant.**

No. 12–40807
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 20, 2014.

Mary Ann Cozby, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, for Plaintiff–Appellee.

John C. Nickelson, Esq., Nickelson Law, P.L.L.C., Shreveport, LA, for Defendant–Appellant.

Cedric Earl Oliver, Fort Worth, TX, pro se.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cedric Earl Oliver has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Oliver has filed a response. The record is insufficiently developed to allow consideration at this time of Oliver's claim of ineffective assistance of counsel;

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Oliver's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, Oliver's motion to relieve counsel and proceed pro se is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.